FILED 13 JUN '23 15:43 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00205-HZ |
| v. | INDICTMENT |
| MANUEL VELASQUEZ-ESTREJO, JORGE RIVERA-NUNEZ, DENNIS PALMA-HURBINA, and GETSEL RAMOS-BALLADARES, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 843(b), 843(d)(1), 856(a)(1), 856(b), and 846 |
| Defendants. | Forfeiture Allegation |

## THE GRAND JURY CHARGES:

### COUNT 1
**(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl)**
**(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846)**

Beginning on or about a date unknown to the Grand Jury and continuing until on or about June 7, 2023, within the District of Oregon and elsewhere, defendants **MANUEL VELASQUEZ-ESTREJO, JORGE RIVERA-NUNEZ, DENNIS PALMA-HURBINA,** and **GETSEL RAMOS-BALLADARES** did knowingly and intentionally combine, conspire, confederate, and agree with each other and others, both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute 400 grams or more of a mixture and

///

///

substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and 846.

## COUNT 2
### (Possession with the Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1) and 841(b)(1)(A))

On or about June 7, 2023, within the District of Oregon, defendants **MANUEL VELASQUEZ-ESTREJO, JORGE RIVERA-NUNEZ, DENNIS PALMA-HURBINA,** and **GETSEL RAMOS-BALLADARES** did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

## COUNT 3
### (Maintaining Drug-Involved Premises)
### (21 U.S.C. § 856(a)(1) and 856(b))

On or about June 7, 2023, within the District of Oregon, defendants **MANUEL VELASQUEZ-ESTREJO, JORGE RIVERA-NUNEZ, DENNIS PALMA-HURBINA,** and **GETSEL RAMOS-BALLADARES** did knowingly rent, use, and maintain a place located at Studio 6 Extended Stay Motel, 4911 NE 82nd Avenue, Room 250, Portland, Oregon for the purpose of manufacturing and distributing fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 856(a)(1) and 856(b).

# COUNT 4
## (Use of Communication Facility to Facilitate a Drug Offense)
## (21 U.S.C. § 843(b))

On or about June 7, 2023, within the District of Oregon, defendant **MANUEL VELASQUEZ-ESTREJO** did knowingly and intentionally use a communication facility, to-wit: a cellular telephone, in committing, causing, and facilitating the commission of a felony drug offense, to-wit: conspiracy to distribute and possess with the intent to distribute a controlled substance and possession with the intent to distribute a controlled substance, as set forth in Counts 1 and 2 of this Indictment;

In violation of Title 21, United States Code, Section 843(b) and 843(d)(1).

///

///

///

## FORFEITURE ALLEGATION
### (Controlled Substance Offense)

Upon conviction of an offense in Count 1, 2, 3, and/or 4, defendants **MANUEL VELASQUEZ-ESTREJO, JORGE RIVERA-NUNEZ, DENNIS PALMA-HURBINA,** and **GETSEL RAMOS-BALLADARES** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: June 13, 2023.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney